# JENNER&BLOCK LLP

1099 NEW YORK AVENUE NW  SUITE 900  WASHINGTON, DC  20001-4412

RECEIVED
CHAMBERS OF
JUDGE MARRERO

March 8, 2017

Kenneth L. Doroshow
Tel 202 639-6027
Fax 202 661-4855
kdoroshow@jenner.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2017
```

**BY FACSIMILE (212-805-6382)**

Chambers of the Honorable Victor Marrero
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:  *Warner Bros. Entertainment, et al. v. Phat Bui, et al., Case No. 17-CV-875(VM)*

Dear Judge Marrero,

I represent Plaintiffs in the above-captioned action, which is currently under seal. In its Order in this matter dated February 28, 2017, the Court indicated its intention to unseal this case in the event that Plaintiffs do not submit a letter opposing the unsealing by March 14, 2017 (five days from the filing of the undersigned's service declaration, which was filed on March 7, 2017).

I write to inform the Court that Plaintiffs do not oppose the unsealing of this case at any time, and that the Court need not wait until March 14 to unseal the case. Among other reasons, the fact that enforcement efforts have been undertaken with respect to Defendants' websites has recently been publicized in an online report at the TorrentFreak.com website (a copy of which is appended hereto), and Plaintiffs have already served Defendants with all of the Court's Orders in this case to date.

Accordingly, Plaintiffs no longer request that the case remain under seal.

> Request GRANTED. The Clerk of
> Court is directed to unseal
> the filings in this case and
> enter them on the public record.
> **SO ORDERED.**
> 3-9-17
> DATE    VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Kenneth L. Doroshow
Counsel for Plaintiffs

Attachment
cc:  Defendants (via email)



# Pirate Streaming Site Loses Domain, Advertises New One On Adsense

BY ERNESTO    ON MARCH 5, 2017    8

*Nowadays it's not uncommon for pirates sites to lose a domain name following a complaint or a legal dispute. What's rare, however, is that the site then uses Google's advertising platform Adsense to point users to its new home. This is exactly what the movie streaming site Pubfilm is currently doing.*

In recent years, most large pirate sites have faced domain name issues of some kind.



Just last week the streaming site Putlocker lost its domain name in a lawsuit, and a few days ago ExtraTorrent had its domain suspended following what appears to be a copyright complaint

Another site that was hit recently is the streaming portal Pubfilm. Last week the site had several of its domain names suspended by its registry, including the main pubfilm.com domain.

In response, the site swiftly moved to a new domain name, announcing the change on social media.

"Pubfilm have changed to a new domain its pubfilm.ac or pubfilm.is. Sorry about that. Thanks for your patience," the site's operator announced in a Facebook post last week.

However, since not all former users are on Facebook, the site didn't stop there. To prevent people from ending up at copycat sites through Google searches, Pubfilm launched an Adsense campaign too.

When we search for "Pubfilm" on Google, a prominent advertisement is displayed at the top or below the results. The ad links people to Pubfilm.ac, the new "official home" of the streaming site.

## Pubfilm advertisement

pubfilm

All    Images    Shopping    News    Books    More    Settings

The Official Home of Pubfilm - Pubfilm ac
[Ad] www.pubfilm.ac/ ▾
PUBFILM has moved to PUBFILM AC - Fanpage Fb.com/Pubfilmdotcom

PubFilm | Watch Free Movies On Pub Film
www.pubfilm.biz/ ▾
Pubfilm, pub film, pubfilming1, watch free movies on pubfilm, watch and download free tv shows on pub film, Pubfilm Full Movies online, free movies online
Animation  Suicide Squad  Don't Breathe  Rings

Pubfilm Online - Free Movies Online
pubfilmonline.net/ ▾
Pubfilm Online - Free Movies Online. Watch free movies online in High Quality, fast and easy without downloading anything at Pubfilm

Watch Passengers (2016) Full Movie - Pubfilm Online
pubfilmonline.net/movies/passengers-2016/ ▾
A spacecraft traveling to a distant colony planet and transporting thousands of people has a malfunction in its sleep chambers. As a result, two

Watch Rogue One A Star Wars Story (2016) Full Movie - Pubfilm Online
pubfilmonline.net/movies/rogue-one-a-star-wars-story-2016/ ▾
A rogue band of resistance fighters unite for a mission to steal the Death Star plans and bring a new hope to the galaxy. Original title Rogue

While these ads are not cheap, it shows that Pubfilm is dedicated to getting its users back on board. One of the upsides is that it pre-selects only users without an ad-blocker, who are likely to bump the site's revenue in the long term.

Whether these ads will last long is doubtful though. The search engine is very strict when it comes to advertisements, not least due to pressure from rightsholders.

Increasingly, copyright holders have been urging third party services to cut their ties with pirate sites. Hosting providers, search engines, ISPs, domain name registrars and advertisers should all do more to counter online piracy, the argument goes.

While this ad appears to have slipped through the cracks, rightsholders will not shy away from holding it against Google.

Pubfilm, meanwhile, will probably be happy with the extra attention it receives.

Tagged in:
adsense, google, pubfilm