UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; and VIACOM INTERNATIONAL, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHAT BUI and DOES 1-10, D/B/A PUBFILM.COM, PUBFILMNO1.COM, PUBFILMHD.COM, PIDTV.COM, TOP100FILM.COM, and IDMCA.NET, <br><br> *Defendants*. | CIVIL ACTION NO. _____ <br><br> **APPLICATION TO FILE UNDER SEAL** <br><br> **[FILED UNDER SEAL]** |

Plaintiffs Warner Bros. Entertainment Inc.; Twentieth Century Fox Film Corporation; Columbia Pictures Industries, Inc.; Universal City Studios LLC; Universal Studios Home Entertainment LLC; Disney Enterprises, Inc.; Paramount Pictures Corporation; and Viacom International, Inc. (collectively, "Plaintiffs") hereby make this application to this Court to file under seal Plaintiffs' *ex parte* application for a temporary restraining order, seizure order, and order to show cause for preliminary injunction (the "Application").

In order for the relief requested in the Application to serve its purpose of preventing immediate and irreparable harm to Plaintiffs, this file must remain sealed until the hearing on Plaintiffs' Order to Show Cause for Preliminary Injunction. This will ensure that Defendants

Phat Bui and Does 1-10, D/B/A PubFilm.com, PubFilmno1.com, PubFilmhd.com, PidTV.com, Top100film.com and Idmca.net (collectively, "Defendants") are not warned about the preliminary relief requested and will prevent Defendants from moving all of their operations abroad and outside the reach of this Court (including by transferring their business to new and non-U.S.-based domain names, and changing web hosting providers), shifting their financial accounts, hiding their business records, and adopting new false identifiers. Accordingly, Plaintiffs respectfully request that the Court seal this file pending further order by the Court.

Dated: New York, NY
February 6, 2017

Respectfully submitted,

JENNER & BLOCK LLP

By: _____
Kenneth L. Doroshow (KD-8374)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6027
Facsimile: (202) 639-6066

Lori B. Day (LD-1197)
919 Third Avenue
37th Floor
New York, NY 10022
Telephone: (212) 407-1772
Facsimile: (212) 891-1699

MOTION PICTURE ASOCIATION OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice Pending*)
karen_thorland@mpaa.org
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Telephone: (818) 935-5812

*Attorneys for Plaintiffs*