JUDGE MARRERO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

17 CV 875

WARNER BROS. ENTERTAINMENT INC.;
TWENTIETH CENTURY FOX FILM
CORPORATION; COLUMBIA PICTURES
INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS
LLC; UNIVERSAL STUDIOS HOME
ENTERTAINMENT LLC; DISNEY ENTERPRISES,
INC.; PARAMOUNT PICTURES CORPORATION;
and VIACOM INTERNATIONAL, INC.,

   *Plaintiffs*,

v.

PHAT BUI and DOES 1-10, D/B/A PUBFILM.COM,
PUBFILMNO1.COM, PUBFILMHD.COM,
PIDTV.COM, TOP100FILM.COM, and
IDMCA.NET,

   *Defendants*.

CIVIL ACTION NO. _____

[PROPOSED] ORDER TO
SEAL FILE

[FILED UNDER SEAL]

Upon consideration of the above-named Plaintiffs' Application for an Order to File Under Seal, it is hereby ORDERED that the Clerk of Court shall maintain the documents associated with Plaintiffs' *ex parte* application for a temporary restraining order, seizure order, and order to show cause for preliminary injunction under seal pending further order of the Court.

**SO ORDERED.**

SIGNED this 6 day of February, 2017 at 12:20 a.m./p.m.

_____
Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE