# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; and VIACOM INTERNATIONAL, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHAT BUI and DOES 1-10, D/B/A PUBFILM.COM, PUBFILMNO1.COM, PUBFILMHD.COM, PIDTV.COM, TOP100FILM.COM, and IDMCA.NET, <br><br> *Defendants*. | CIV. A. NO. 17-CV-875 (VM) <br><br> **NOTICE OF MOTION: PLAINTIFFS' APPLICATION FOR ENTRY OF A DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

PLEASE TAKE NOTICE that, upon the Declaration of Kenneth L. Doroshow in Support of Plaintiffs' Application for Default Judgment and Permanent Injunction, dated January 17, 2018, [Proposed] Default Judgment and Permanent Injunction Order, Plaintiffs' Memorandum of Law in Support of Application for Default Judgment and Permanent Injunction, dated January 17, 2018, together with the accompanying exhibits, the Clerk's Certificate of Default, and all other pleadings and proceedings, Plaintiffs Warner Bros. Entertainment Inc., Twentieth Century Fox Film Corporation, Columbia Pictures Industries, Inc., Universal City Studios LLC, Universal Studios Home Entertainment LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, and Viacom International, Inc. (collectively, "Plaintiffs") will move this Court for a Default Judgment and Permanent Injunction to be entered against Defendants Phat Bui and Does 1-10, d/b/a

PubFilm.com, PubFilmNo1.com, PubFilmHD.com, PidTV.com, Top100film.com, and iDMCA.net (collectively "Defendants").

DATED:  Washington, D.C.
         January 17, 2018

Respectfully submitted,

JENNER & BLOCK LLP

By:  s / Kenneth L. Doroshow
    Kenneth L. Doroshow (KD-8374)
    1099 New York Ave., N.W.
    Suite 900
    Washington, DC 20001
    Telephone:  (202) 639-6027
    Facsimile:  (202) 661-4855

    Lori B. Day (LD-1197)
    919 Third Avenue
    37th Floor
    New York, NY 10022
    Telephone: (212) 407-1772
    Facsimile: (212) 891-1699

    MOTION PICTURE ASSOCIATION OF AMERICA, INC.
    Karen R. Thorland (*Pro Hac Vice*)
    karen_thorland@mpaa.org
    15301 Ventura Blvd.
    Building E
    Sherman Oaks, CA 91403
    Telephone: (818) 935-5812

    *Attorneys for Plaintiffs*